```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IONE LEWIS,

    Plaintiff,

-- against --

GMT NEW YORK LLC d/b/a/ GMT TAVERN
and J&K ASSOCIATES,

    Defendants.

ECF Case

17-cv-2972 (PGG) (AJP)

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Ione Lewis and defendants GMT New York LLC and J&K Associates (collectively, the "Parties"), that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties reserve the right to reopen the above-captioned action in the event of a breach of the Parties' confidential settlement agreement and that this Court shall retain jurisdiction to enforce the terms of the Parties' confidential settlement agreement.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

ACTIVE\56938543.v2

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       May 31, 2018

LAW OFFICE OF DONALD J. WEISS

By: _____
    Donald J. Weiss, Esq.
    363 Seventh Avenue, 4th Floor
    New York, New York 10001
    Telephone: (212) 967-4440
    Email: djwlaw@mindspring.com
    *Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
    Carolyn D. Richmond, Esq.
    Ernest Edward Badway, Esq.
    Jason B. Jendrewski, Esq.
    101 Park Avenue, Suite 1700
    New York, New York 10178
    Telephone: (212) 878-7900
    Facsimile: (212) 692-0940
    Email: crichmond@foxrothschild.com
           ebadway@foxrothschild.com
           jjendrewski@foxrothschild.com
    *Attorneys for Defendants*

SO ORDERED: _____
            PAUL G. GARDEPHE, U.S.D.J.
            May 30, 2018